# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

NGUYET NGUYEN, ET AL.,

    Plaintiffs,

v.

CHARLES MARGINES, ET AL.,

    Defendants.

Case No. 2:21-cv-00301-JAD-DJA

**ORDER**

    This matter is before the Court on Plaintiff Nguyet Nguyen's Motion to File Electronically (ECF No. 19), filed on April 14, 2021. A *pro se* litigant may request authorization to register as an electronic filer in a specific case. Local Rule IC 2-2(b). The Court will grant the request contingent on the following: Plaintiff must complete the CM/ECF tutorial and Plaintiff must review the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events.[1] Further, Plaintiff must establish a cm/ecf account.

    IT IS HEREBY ORDERED that Plaintiff Nguyet Nguyen's Motion to File Electronically (ECF No. 19) is **granted**.

    IT IS FURTHER ORDERED that Plaintiff must comply with the following procedures to activate his CM/ECF account:

    (1) By May 4, 2021, Plaintiff must file a written certification that she has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are available on the court's website, www.nvd.uscourts.gov. Plaintiff is advised that she is not authorized to file

---

[1] The tutorial, Electronic Case Filing Procedures, and Civil Menu E-Filing Categories and Events can all be found at https://www.nvd.uscourts.gov/e-filing-permission/.

1 | electronically until this certification is filed with the court within the time frame
2 | specified.
3 | (2) After timely filing the certification, Plaintiff must contact the CM/ECF Help Desk
4 | at (702) 464-5555 to set up a CM/ECF account.
5 | DATED: April 21, 2021

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE