UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Nguyet Nguyen, et al., <br><br> Plaintiffs <br><br> v. <br><br> Charles Margines, et al., <br><br> Defendants | Case No.: 2:21-cv-00301-JAD-DJA <br><br> **Order Denying Motion <br> to Set Aside Rulings and Extending <br> Appeal Deadline** <br><br> [ECF Nos. 40, 41] |

Pro se plaintiffs Antony Nguyen and his godparents brought this mostly incomprehensible civil-rights action challenging the outcomes of and pending proceedings in five California state-court cases, claiming that various judges and employees of the Superior Court of Orange County, California, violated their Fourteenth Amendment due-process rights and the Americans with Disabilities Act, willfully and criminally deprived them of rights, were negligent, and negligently inflicted emotional distress upon them.[1]  Finding that this court lacks personal jurisdiction over all defendants, I dismissed the case without prejudice and denied all pending motions as moot.[2]  The plaintiffs move to set aside that ruling.  Their motion, which I construe as one to alter or amend the judgment under Federal Rule of Civil Procedure 59, appears to be little more than a regurgitation of prior filings, and provides no valid legal reason for relief.  **IT IS THEREFORE ORDERED** that the Motion to Set Aside the Court Rulings from Errors in Determine Venue of Jursdition [sic] **[ECF No. 40] is DENIED**.

---

[1] ECF No. 1.
[2] ECF No. 39.

The plaintiffs also ask this court to extend their deadline to appeal the dismissal order to 60 days after this ruling because they have many items to attend to, including medical treatments.  Good cause appearing, **IT IS FURTHER ORDERED that the motion to extend time [ECF No. 41] is GRANTED.  Plaintiffs' deadline to file their notice of appeal is extended to March 23, 2022**, under Federal Rule of Appellate Procedure 4(a)(5), so they must file their notice of appeal by March 23, 2022.

_____
U.S. District Judge Jennifer A. Dorsey
January 25, 2022